UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BHK REALTY, LLC; THE PALE, LLC d/b/a Buskers Pub; and THE BODHI SPA, LLC (Class Representatives), et al. | : <br> : <br> : <br> : |
| Plaintiffs | :    C.A. No. 1:19-cv-00642-JJM-LDA |
| v. | : <br> : |
| THE NARRAGANSETT ELECTRIC COMPANY d/b/a NATIONAL GRID, NATIONAL GRID LNG LLC, and ALGONQUIN GAS TRANSMISSION COMPANY LLC | : <br> : <br> : <br> : <br> : |
| Defendants | : <br> : |

## STIPULATION TO EXTEND TIME TO ANSWER THE FOURTH AMENDED COMPLAINT

Plaintiffs and Defendant National Grid LNG LLC ("NG-LNG"), hereby stipulate and agree, subject to the Court's approval, that the time for NG-LNG to answer the Fourth Amended Complaint is extended up to and including July 7, 2021.[1]

Dated: June 15, 2021

---

[1] NG-LNG does not waive any defenses by entering into this stipulation.

2

| | |
|---|---|
| Defendant NATIONAL GRID LNG LLC<br><br>By its Attorneys,<br><br>*/s/ Amanda A. Garganese*<br>Gerald J. Petros (#2931)<br>David A. Wollin (#4950)<br>Adam M. Ramos (#7591)<br>Amanda A. Garganese (#9656)<br>Hinckley Allen & Snyder LLP<br>100 Westminster Street, Suite 1500<br>Providence, RI  02903-2319<br>T:  (401) 274-2000<br>F:  (401) 277-9600<br>gpetros@hinckleyallen.com<br>aramos@hinckleyallen.com | Plaintiffs BHK REALTY, LLC,<br>THE PALE LLC d/b/a BUSKERS<br>PUB and THE BODHI SPA, LLC<br><br>By their Attorneys,<br><br>*/s/ Brian R. Cunha*<br>Brian R. Cunha (#4074)<br>Brian Cunha & Associates, P.C.<br>311 Pine Street<br>Fall River, MA 02720<br>T:  (508) 675-9500<br>F:  (508) 679-6360<br>brian@briancunha.com |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed through the ECF system on the 15th day of June, 2021, and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

*/s/ Amanda A. Garganese*

61083448 v1