## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BHK REALTY, LLC; THE PALE, LLC, doing business as BUSKERS PUB; and THE BODHI SPA, LLC., <br>    Plaintiffs, <br><br> v. <br><br> THE NARRAGANSETT ELECTRIC COMPANY, doing business as NATIONAL GRID; NATIONAL GRID LNG, LLC; and ALGONQUIN GAS TRANSMISSION COMPANY, <br>    Defendants. | C.A. No. 19-cv-642-JJM-LDA |
| RICHARD HYDE; and SHAWN MCKENNA, <br>    Plaintiffs, <br><br> v. <br><br> THE NARRAGANSETT ELECTRIC COMPANY, doing business as NATIONAL GRID; NATIONAL GRID LNG, LLC; and ALGONQUIN GAS TRANSMISSION COMPANY, <br>    Defendants. | C.A. No. 19-cv-643-JJM-LDA |

### ORDER GRANTING PLAINTIFFS' MOTION FOR
### PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

This mater came before the Court in the two above-captioned cases on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

ECF No. 113. The Court having reviewed and considered the record, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Order incorporates by reference the definitions in the Settlement Agreement (ECF No. 113-4) and shall have the same meanings as in the Settlement Agreement.

2. The Court finds on a preliminary basis that the Settlement Agreement falls within the range of reasonableness and meets the requirements for preliminary approval. Therefore, the Court GRANTS "Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement." ECF No. 113.

3. The Court conditionally certifies, for settlement purposes only, the following Class: "All Persons who brought or could have brought claims asserting any action in law or equity against any Defendant arising out of the interruption of natural gas service that began on or around January 21, 2019, in Newport County, Rhode Island. *See* Settlement Agreement (ECF No. 113-4) ¶ 1(bb), (n), (t).

4. The Court finds, for settlement purposes only, the requirements of Federal Rule of Civil Procedure 23(a) and Federal Rule of Civil Procedure 23(b)(3) are satisfied.

5. The Court appoints, for settlement purposes only, the law firm of Brian Cunha & Associates, P.C. as Class Counsel.

6. The proposed Short and Long Claim Form (ECF No. 113-8 and 113-9), are approved.

7. Each Class Member will have 45 days from the date of this Order to object to the Settlement by serving Class Counsel, and filing with the Court, a written objection to the Settlement. No non-party shall be allowed to speak at the Fairness Hearing if they have not timely filed with the Court a written objection.

8. The Settling Parties have the right to limited discovery from any objector.

9. The Court will conduct a Fairness and Final Approval Hearing on Tuesday, June 4, 2024, at 9:30 a.m. in the United States District Court for the District of Rhode Island, One Exchange Terrace, Providence, R.I., 3rd floor, Courtroom One, to decide the overall fairness of the settlement and decide and rule on the Motion for Final Approval. Class Counsel shall file a Motion for Final Approval on or before May 24, 2024.

IT IS SO ORDERED

_____
John J. McConnell, Jr.
Chief Judge
United States District Court

Dated: February 14, 2024