UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BHK REALTY, LLC, THE PALE, LLC D/B/A BUSKERS PUB and THE BODHI SPA, LLC on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NARRAGANSETT ELECTRIC COMPANY d/b/a NATIONAL GRID, NATIONAL GRID LNG LLC and ALGONQUIN GAS TRANSMISSION, LLC,<br><br>Defendants. | C.A. No. 1:19-cv-00642-JJM-LDA |
| RICHARD HYDE, SEAN McKENNA on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NARRAGANSETT ELECTRIC COMPANY d/b/a NATIONAL GRID, NATIONAL GRID LNG LLC and ALGONQUIN GAS TRANSMISSION, LLC,<br><br>Defendants. | C.A. No. 1:19-cv-00643-JJM-LDA |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**

Plaintiffs, on behalf of all others similarly situated ("Plaintiffs"), by and through their counsel, in accordance with Rule 23(e) of the Federal Rules of Civil Procedure, hereby move for final approval of the class action settlement. Defendants do not oppose this Motion. In support, Plaintiffs state the following:

1.      Plaintiffs brought these actions alleging that Defendants negligently caused the interruption of the supply of natural gas in breach of their alleged duties to natural gas customers in Middletown and Newport, Rhode Island on January 21, 2019 resulting in the loss of the normal use of their property due to the loss of heat and hot water over several days. Defendants disputed these allegations and deny liability.

2.      After extensive litigation, lengthy discovery, and protracted arm's-length negotiations, with the assistance of a national mediator, Plaintiffs and Defendants (Settling Panties) reached a settlement that provides meaningful monetary relief to Class Members.

3.      The Settlement Class includes approximately7, 000 customers who resided in their homes or dwellings or operated businesses on January 21, 2019, whose natural gas supply was interrupted, except certain individual Defendants identified in the Settlement Agreement.

4.      The Settlement Agreement is fundamentally fair, adequate, and reasonable in light of the circumstances of the litigation.( *See* Cunha Declaration).  Final approval of the Settlement is in the best interests of the Class Members. In return for a release of the Class Representatives and Class Members' claims, the Defendants have agreed to pay a sum of $2,000,000.00  into a Settlement Fund out of which the Defendants have paid $53,289.71to the several subrogation claims leaving $1,946,712.00 towards payment of class members, fees and expenses.

5.      This court issued preliminary approval of this settlement on February   2024, including the appointment of Surplusis as the class Administrator. **Manual for Complex Litigation, Fourth, §21.632, at 320‒21** (Fed. Jud. Ctr. 2004). Subsequent to that date the class Administrator has issued notice to the class members, established a website that provided class notice and a hearing date. Id.

6.      The Settlement Agreement reached between and among the Settling Parties more than satisfies the fair and reasonable standard and is clearly sufficient to warrant being approved by the Court.

7.  In support of this Motion, Plaintiffs submit to the Court a Memorandum in Support of this Motion for Final Approval, as well the Declaration of Class Counsel, (Brian R. Cunha).

8.  In accordance with this Motion, Plaintiffs request the following:
    A.  That following the Fairness Hearing, the Court enter an Order granting final approval of the Settlement Agreement and dismissing the Fourth and Fifth Amended Complaints with prejudice in the above-captioned actions, respective

>   Plaintiffs,
>   By their attorneys,
>   BRIAN CUNHA & ASSOCIATES, P.C.
>
>   */s/ Brian R. Cunha*
>
>   Brian R. Cunha, Esq.
>   311 Pine Street
>   Fall River, MA 02720
>   Tel: (508) 675-9500
>   Fax: (508) 679-6360
>   R.I.#4074
>   Brian@briancunha.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 17th day of June 2024, I served this document to all counsel of record through electronic mail:

Adam M. Ramos, Esq.
Hinckley Allen & Snyder, LLP
100 Westminster Street, Suite 1500
Providence, RI 02903-2319
aramos@hinckleyallen.com

Robert M. Duffy, Esq.
Duffy & Sweeney, Ltd.
321 South Main Street, 4th Floor
Providence, RI 02903
rduffy@duffysweeney.com


                */s/ Brian R. Cunha*

                _____